UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVEN GOODMAN, aka STEVEN JAMES GOODMAN,<br><br>　　　　Petitioner,<br><br>　vs.<br><br>BEN CURRY, Warden,<br><br>　　　　Respondent. | Case No: C 10-5300 SBA<br><br>**ORDER DENYING PETITION AS MOOT** |

　　　Through counsel, Petitioner filed a habeas petition to challenge the decision of the California Board of Parole Hearings denying his release on parole. Respondent has notified the Court that Petitioner has since been released on parole, and requests that the Court deny the petition as moot. See Burnett v. Lampert, 432 F.3d 996, 1000 (9th Cir. 2005). Having received no opposition to Respondent's request, and good cause appearing,

　　　IT IS HEREBY ORDERED THAT the petition is denied as moot. The Clerk shall close the file and terminate any pending matters.

　　　IT IS SO ORDERED.

Dated: September 26, 2011

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　United States District Judge